

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00626-CR

Mark Anthony **GUAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7064
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice